IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**NORMA PERDUE,**

    **Plaintiff,**

v.                                    Case No. 3:11cv247/MCR/CJK

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

    **Defendant.**

_____/

**ORDER**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated February 14, 2012 (doc. 15). The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The application for a period of disability and disability benefits is **DENIED** and the Commissioner's decision is **AFFIRMED**.

DONE AND ORDERED this 22nd day of March, 2012.

                                                 s/ *M. Casey Rodgers*
                                                 **M. CASEY RODGERS**
                                                 **CHIEF UNITED STATES DISTRICT JUDGE**